IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA KEHR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3136 |
| | ) | |
| v. | ) | |
| | ) | AMENDED PROGRESSION ORDER |
| PRINCIPAL LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' Joint Motion to Amend Final Progression Order (Filing No. 33) is granted, and the amended progression order is as follows:

a. A jury trial is set to commence on January 10, 2011. No more than four days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The pretrial conference will be held before the undersigned magistrate judge on December 16, 2010 at 11:00 a.m. One- half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on December 15, 2010, and the draft order shall conform to the requirements of the local rules.

c. The discovery and deposition deadline is September 3, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

d. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is September 17, 2010.

June 1, 2010.                               BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge