IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA KEHR, | ) | 4:09CV3136 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PRINCIPAL LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 39) is granted, as follows:

Plaintiff shall have until October 15, 2010, to respond to Defendant's motion for summary judgment (filing 36).

October 8, 2010.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States District Judge