IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA KEHR, | ) | 4:09CV3136 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PRINCIPAL LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for an enlargement of time (filing 49) is granted, as follows:

Defendant shall have until November 1, 2010, to file a reply in support of its motion for summary judgment (filing 36).

October 20, 2010.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge